ACCEPTED
15-25-00155-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/20/2025 5:21 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/20/2025 5:21:02 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE FIFTEENTH COURT OF APPEALS**

**AUSTIN, TEXAS**

**Cause No. 15-25-00155-CV**

(On Transfer from the Third Court of Appeals)
Cause No. 03-25-00416-CV

**NEIL GEORGE SWITKOWSKI, Appellant**

v.

**THE OFFICE OF THE ATTORNEY GENERAL OF TEXAS,**
**Appellee**

# Appellant's Motion for Leave to File Reply Brief Out of Time

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellant Neil George Switkowski respectfully moves for leave to file his Reply Brief six days after the deadline. In support, Appellant shows the following:

## I. Request for Leave to File Out of Time

1. Under **TRAP 38.6(d)** and **10.5(b)**, this Court may extend the time for filing a reply brief upon a showing of good cause.
2. Appellant's reply brief was due **October 13, 2025**, and was tendered for filing on **October 20, 2025**, a delay of approximately six to seven days.
3. Good cause exists. The reply brief addresses multiple constitutional questions of first impression concerning the Title IV-D enforcement scheme, requiring extensive research and verification of historical and statutory authorities. Additionally,

1

**Appellant's Motion for Leave to File Reply Brief Out of Time and to Exceed Word-Count Limit OAG. Cause No. 15-25-00155-CV**

3.A: Appellant encountered unavoidable logistical related delays during final preparation while moving everything he owns back into storage (now homeless, again as of the first of November 2025) waiting to go back to jail on the 27th of October 2025 for a contempt hearing that has not been stayed by the 20th District Court, Milam County TX.

4.   Appellant acted diligently and in good faith. No prejudice will result to either Appellee, and acceptance of the brief will aid the Court's consideration of the record.

## Certificate of Conference

Pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), Appellant certifies that no conference with the Office of the Attorney General has occurred. The Office of the Attorney General's jurisdiction and standing to appear as a party of record remain under formal constitutional challenge.

Appellant asserts that any conference prior to judicial determination of standing would be **premature, prejudicial, and legally improper**, as it would imply recognition of authority that is currently contested before this Court. Accordingly, no conference has been held, and Appellant respectfully submits that this motion is properly filed without such communication.

## Discretion of the Court

This request lies solely within the discretion of this Honorable Court. Under the Texas Rules of Appellate Procedure, **only the Court may grant leave to file, accept, or consider a motion outside standard deadline.** Appellee has no authority to consent to or deny such relief, nor can any opposing party exercise judicial discretion reserved exclusively for the Court. Accordingly, Appellant respectfully submits this motion to the Court's sole jurisdiction for consideration on its merits.

2

**Appellant's Motion for Leave to File Reply Brief Out of Time and to Exceed Word-Count Limit OAG. Cause No. 15-25-00155-CV**

**Accordingly, Appellant respectfully requests that the Court grant leave and deem the Reply Brief timely filed as of October 20, 2025.**

**III. Prayer**

WHEREFORE, Appellant Neil George Switkowski respectfully prays that this Honorable Court:

1. Grant leave to file the Reply Brief out of time and deem it timely as of **October 20, 2025**;

2. Accept the attached Reply Brief for filing and consideration.

Respectfully submitted,

*Neil Switkowski*  10/20/2025

**Neil George Switkowski**
Appellant, Pro Se
2203 Post Oak Rd
Rockdale TX 76567
512-850-0531
Ns512atx@gmail.com

3

**Appellant's Motion for Leave to File Reply Brief Out of Time and to Exceed Word-Count Limit OAG. Cause No. 15-25-00155-CV**

# Certificate of Service

I certify that on October 20, 2025, a true and correct copy of this Motion was served by electronic service through the Court's e-filing system.

*Neil Switkowski*

Neil George Switkowski

**Mr. Deterrean Gamble**
**Assistant Attorney General**
**Child Support Division**
**P. O. Box 12017, Capitol Station**
**Austin, TX 78711-2017**
**\* DELIVERED VIA E-MAIL \***

**Ms. Courtney Sinclair Archbold**
**227 E Bell Ave.**
**Rockdale, TX 76567**
**\* DELIVERED VIA E-MAIL \***

4

**Appellant's Motion for Leave to File Reply Brief Out of Time and to Exceed Word-Count Limit OAG. Cause No. 15-25-00155-CV**

**Appellant's Motion for Leave to File Reply Brief Out of Time and to Exceed Word-Count Limit OAG. Cause No. 15-25-00155-CV**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 107067287
Filing Code Description: Other Brief
Filing Description: APPELLANT'S REPLY BRIEF TO THE OFFICE OF THE ATTORNEY GENERAL'S BRIEF OF APPELLEE
Status as of 10/21/2025 7:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| COURTNEY ARCHBOLD | | Courtneyarchbold@gmail.com | 10/20/2025 5:21:02 PM | SENT |
| NEIL G.SWITKOWSKI | | ns512atx@gmail.com | 10/20/2025 5:21:02 PM | SENT |
| Deterrean Gamble | | deterrean.gamble@oag.texas.gov | 10/20/2025 5:21:02 PM | SENT |